UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT WAYNE HUGHES )<br>)<br>Plaintiff )<br>)<br>)<br>Vs )<br>)<br>)<br>KEVIN BOVENCAMP )<br>MICHAEL TUPPER )<br>M. HOLTHE )<br>K. SAWYER MD )<br>B. WESTON )<br>K. HENRY )<br>J. ROSS )<br>M. COOKE )<br>E. KROHA )<br>)<br>Defendants )<br>)<br>) | 3:18-cv-05717-RJB-JRC<br>No._____<br><br>CIVIL RIGHTS<br>ACTION § 1983<br>COMPLAINT |

# I. JURISDICTION AND VENUE

1. This is a civil action authorized by 42U.S.C. Section 1983 to redress the deprivation, under color of State Law, of rights secured by the Constitution of the United States. This court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a) (3). Plaintiff Hughes seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff Hughes's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 of the Federal Rule of Civil Procedure.

2. The Western District of Washington at Tacoma is an appropriate venue under 28 U.S.C. Section 1391 (b) (2) because it is where the events given rise to this claim occurred.

# II. PLAINTIFF

3. Plaintiff Robert Wayne Hughes, is and was at all times mentioned herein a prisoner of the State of Washington in the custody of the Washington State Department of Corrections. He is currently being held and confined at the Washington State Penitentiary in Walla Walla, Washington.

## III. DEFENDANTS

4. Defendant Kevin Bovencamp is the Assistant Secretary/Deputy Director/designee of the Washington State Department of Corrections. He is legally responsible for the actions taken in the Level III response to Grievance of the alleged mistreatment of Plaintiff Hughes.

5. Defendant Michael Tupper is the Associate Superintendent of the Clallam Bay Corrections Center. He is legally responsible for the operation of the Clallam Bay Corrections Center and the actions taken in the Level II response to the Grievance of the alleged mistreatment of Plaintiff Hughes.

6. Defendant M. Holthe is the Grievance Coordinator at the Clallam Bay Corrections Center of the rank or equivalence of Correctional Lieutenant and is legally responsible for the filing, processing, and investigation of Grievances brought forth by prisoners of the facility.

7. Defendant K. Sawyer is a Medical Doctor, (MD) under contract to the Clallam Bay Corrections Center, and is legally responsible for the welfare and medical care of all prisoners at the facility.

8. Defendant B. Weston is a Doctor Physical Therapist under contract to the Clallam Bay Corrections Center and is legally responsible for the care and medical welfare of all prisoners at the facility.

9. Defendant K. Henry is the Health Services Manager 2 of the Clallam Bay Corrections Center and is legally responsible for the care and medical welfare of all prisoners at the facility.

10. Defendant J. Ross is a Physician Assistant at the Monroe Correctional Complex/WSR and is legally responsible for the care and medical welfare of prisoners under his/her review.

11. Defendant M. Cooke is the Chief of Nursing Services for the Washington State Department of Corrections and is legally responsible for the Nursing Services of the Department of Corrections and all facilities there under.

12. Defendant E. Kroha is Physician Assistant at the Clallam Bay Corrections Center and is legally responsible for the care and medical welfare under her review.

## IV. FACTS

13. At all times herein, relevant to this case, Plaintiff Robert Wayne Hughes was a prisoner at the Clallam Bay Corrections Center, housed in the Medium Security Center G-unit.

14. On Sept. 3rd 2017, while performing the duties of his assigned programming as unit custodian, plaintiff suffered an injury to his left arm.

15. Plaintiff Hughes immediately reported the injury and declared a medical emergency.

16. Once at medical, RN K. Clevel tried to contact the Doctor on call, and when she couldn't, told transport to get ready and transport Plaintiff Hughes to the local hospital emergency room.

17. Before that transport could be made, RN Clevel had received a call instructing her to call off the transport of Plaintiff Hughes on the pretense of the following day being a holiday and supposedly no one being there to see him.

18. On Sept. 5th 2017, Plaintiff Hughes was seen by his Health Care Provider, Ms. Jackie Peterson, Physician Assistant, who along with another, placed a plaster splint on plaintiff's arm and issued an order for two oxycodone pills three times a day along with two morphine injections a day for pain.

19. That treatment lasted for two weeks, whereas Plaintiff Hughes had been informed by medical personal that they (CBCC Medical) would NOT fix his arm.

20. The diagnosis of the injury was a complete bicep brachia muscle tear from the bone.

21. The prognosis for this type of injury when untreated is permanent loss of muscle and arm mobility, resulting in total and complete use of the arm over prolonged time.

22. On Sept. 26th 2017, despite her supervisor's position on the non-treatment of Plaintiff Hughes, his Health Care Provider, Ms. Jackie Peterson, Physician Assistant submitted a consult to Rubicon, an outside orthopedic service, which the CRC at Clallam Bay Medical, denied.

23. On Nov. 2nd 2017, while in transit from CBCC to MCC/WSR, Plaintiff Hughes was seen by Ms. Ellen M. Sundstrom, ARNP at the Washington State Corrections Center in Shelton Washington, where she diagnosed plaintiff's injury, outlining needed treatment to be followed up at the receiving facility on Monday Nov. 6th 2017.

24. Without treatment, Plaintiff Hughes suffers deterioration of the bicep brachia muscle, mobility and full use of his left arm, and over time, all use all together.

## V. EXHAUSTION OF LEGAL REMEDIES

25. Plaintiff Robert Wayne Hughes used the Grievance Process available to him at the Clallam Bay Corrections Center to resolve the issues raised herein, exhausting all three levels of review, which were all ceremoniously denied by named defendants.

## VI. LEGAL CLAIMS

26. Plaintiff Robert Wayne Hughes realleges and incorporate by reference paragraphs 1-25.

27. Plaintiff Robert Wayne Hughes did suffer an injury to his bicep brachia muscle, which tore away from the bone, and was and continues to be denied adequate and/or appropriate medical attention and/or treatment, which has left him in unwanted pain and suffering, and without the necessary attention and treatment will result in the permanent loss of use of his left arm, which clearly rises to the level of Cruel and Unusual Punishment under the Eighth Amendment of the United States.

28. Each and every single named defendant has acted under color of state law in their individual as well as their official capacity in denying plaintiff proper medical treatment and care, showing clear and undisputable deliberate indifference to his medical needs, leaving him to suffer in pain while losing the mobility and use of his left arm.

29. Each and every single named defendant had ample opportunity to act appropriately, doing the appropriate thing by providing Plaintiff Hughes with the appropriate and necessary care and treatment, yet deliberately chose not to, knowing full well that doing so would result in Plaintiff Hughes losing the use of his arm.

30. With the exception of Ms. Jackie Peterson, Physician Assistant at the Clallam Bay Corrections Center, and Ms. Ellen M. Sundstrom, ARNP at the Washington State Corrections Center, and RN Clevel at Clallam Bay Corrections Center, the Medical Staff for DOC, as well as each named defendant has failed Plaintiff Hughes in his pursuit of medical care and treatment essential to his reported and well documented injury, resulting in the infliction of Cruel and Unusual Punishment under the Eighth Amendment of the United States.

31. Plaintiff Robert Wayne Hughes has no plain, adequate or complete remedy of law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff Hughes hereby respectfully prays that this Court enter judgment:

32. Grant Plaintiff Hughes a Declaration that the acts and omission described herein violate his rights under the Constitution and Laws of the United States, and

33. A preliminary and permanent injunction ordering the defendants to cease their actions against plaintiff, granting him proper treatment to include orthopedic surgery to try and repair damage to the arm, and

34. Grant Plaintiff Hughes compensatory damages in the amount of $300,000 against each individually named defendant jointly and severally, and

35. Grant Plaintiff Hughes punitive damages in the amount of $150,000.

36. Plaintiff Hughes also seeks a jury trial on all issues triable by jury.

37. Plaintiff furtherly seeks recovery of his costs in this suit, and

38. Any additional relief this Court deems just, proper, and equitable.

DATE: 8-31-18

Respectfully submitted,
Robert Wayne Hughes #625432
Williams Unit B103
Washington State Penitentiary
1313 North 13th Ave.
Walla Walla, Washington 99362

*Robert Wayne Hughes #625432*

## **VERIFICATION**

I, Robert Wayne Hughes have read the foregoing and hereby verify that the matters alleged herein are true, except to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED this ___31st___ day of ___Aug.___ 201_8_ at _W.S.P_
Walla Walla, Washington.


_____
Robert Wayne Hughes

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

ROBERT WAYNE Hughes
(Name of Plaintiff)

vs.

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983

DR. SANDERS,
ET Al Defendants

(Names of Defendant(s))

**I. Previous Lawsuits:**

    A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?:

        ☒ Yes      ☐ No

    B. If your answer to A is yes, how many?: _____ONE_____. Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

    1. Parties to this previous lawsuit:

        Plaintiff: ROBERT WAYNE Hughes

        Defendants: DR. SANDERS

    2. Court (give name of District): EASTERN DISTRICT OF Oklahoma

    3. Docket Number: CIV-10-36-JHP-SPS

2

4. Name of judge to whom case was assigned: UNITED STATES MAGISTRATE JUDGE STEPHEN P. SHREDER

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?): DISMISSED WITHOUT PREJUDICE AND TOLD TO REFILE BUT GOT SENT OUT OF STATE, SO NOT PENDING.

6. Approximate date of filing lawsuit: Around 04/14/10

7. Approximate date of disposition: CANT REMEMBER

## II. Place of Present Confinement: W.S.P. Walla Walla Wa.

A. Is there a prisoner grievance procedure available at this institution? ☒ Yes ☐ No

B. Have you filed any grievances concerning the *facts* relating to this complaint? ☒ Yes ☐ No

If your answer is NO, explain why not:

C. Is the grievance process completed? ☒ Yes ☐ No

If your answer is YES, ATTACH A COPY OF THE **FINAL** GRIEVANCE RESOLUTION for any grievance concerning facts relating to this case.

LOST ALL PAPER WORK EXCEPT WHEN SENT FROM OKLAHOMA TO WA. STATE.

## III. Parties to this Complaint

A. Name of Plaintiff: Robert Wayne Hughes   Inmate No.: 625432

Address: 1313 N. 13rd AVE. W.S.P. Walla Walla Wa. 99362

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

B. Defendant: DR. SANDERS    Official Position: Doctor

Place of employment: Oklahoma prison

C. Additional defendants DONT KNOW NAMES ONLY HAVE 2 PAGES OF ORDER STAYING PROCEEDINGS AND REQUIRING SPECIAL REPORTS

3

10

## IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

was taken from lock up at Oklahoma State Penitentiary in McAlester to another prison, was real sick, medical took EKG sent it to the E.R and Doctor at E.R told prison medical to get me to E.R as soon as possible, and never was taken to the E.R. Seen Doctor at prison days later and I told him I bet the EKG that was taken the day I got to the new prison is not in my file, he said I know it is because I was the Doctor working the E.R and had the prison hosp. fax it to me and told them to get you to the E.R asap. I said did you see me he thought about it and said no, and looked through my medical file, could not find the EKG, and wrote in my file to find the missing EKG. Doc. Sanders later wrote in my file that it never happened and the date it happened the EKG machine had to be re set I can't explain it all but its all in the documents that are filed. And when I got back to this state I wrote dozens of attorneys and could not get any help. While I was in lock-up in Oklahoma waiting to come back to this state I could not use the phone or write letters, so my case never got refiled. Not asking court to do anything about case in Oklahoma. All I need is a attorney to help me with this case I have here in wa. state. I know nothing about the law, only finished the 6th grade and need help with this. I don't even know how to explain this, if I'm doing it right

## V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

4

11

OR NOT, WAS getting Oklahoma case mixed up with THIS CASE. Sorry will update on additional page about this NEW CASE.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __8__ day of __31__ 20 __18__.

_Robert Wayne Hughes_
(Signature of Plaintiff)

DATE: 8-31-18

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FROM: ROBERT WAYNE HUGHES #625432
WASHINGTON STATE PENITENTIARY, 1313 N 13TH AVE
WALLA WALLA WA. 99362

WOULD LIKE TO ADD THIS STATMENT TO CIVIL
RIGHTS ACTION, 1983 COMPLAINT

ON 3-26-18 I WAS AT W.S.R. MONROE WA.
IMU UNIT, AND MY BICEP WAS REINJURED.
WHILE I WAS AT THE IMU UNIT AT MONROE
IF I NEEDED TO BE TAKEN FROM THE CELL
TO SEE MEDICAL OR ANY OTHER PLACE I WOULD
BE CUFFED WITH A BELLY CHAIN, MY ARMS WOULD
BE CUFFED TO MY SIDE BECAUSE OF MY INJURED
BICEP, EXCEPT IF I WAS MOVED TO THE SHOWER
OR YARD TO USE THE PHONE. I WAS TOLD I WOULD
HAVE TO MAN UP AND TAKE THE PAIN IF I
WANTED SHOWER OR YARD BECAUSE IT WAS A
SHORT WALK. WHEN I DID GET CUFFED UP
BEHIND BACK IT WAS PAINFUL BECAUSE OF
DETACHED BICEP, ON 3-26-18 I WAS BEING
TAKEN TO YARD TO USE PHONE. I HAD TO BACK
UP TO PORT HOLE PUT ARMS BEHIND MY BACK
TO BE CUFFED AFTER CUFFS ARE ON A SIX FOOT
ROPE IS HOOKED TO THE HAND CUFFS FOR THE

13

officer to hold on to while the door is being opened. While I was waiting for the door to open of my cell my feet slipped out from under me and I ended up on the floor sitting on my butt and my arms are still in the cuff port so I yelled to the officers to let go of the rope they said the rope is not hooked up to the hand cuffs so I said I can't pull my arms in the cell so I said push my arms back in the cell for me because I can't pull them in and they did. After that they opened the cell door and had to take hold of me and stand me up. They ask are you hurt I said yes you all ready know that I have a detached bicep, I told the nurse and she didn't do any thing the next morning I left IMU at Monroe and went to Shelton as soon as I got there I seen the nurse told her what happend she called the doctor and I was given some pain pills until I left the next morning for Walla Walla W.S.P. when I got to Walla Walla went to Medical I told them what happend and they said its a old in injury and nothing they can do. I tried to explain what happend and they did not want to hear it so

14

I wrote a Emergency medical and went to turn it in and she told me its not a Emergency and if you turn it in you will be wrote up. So I put it in the Trash. On September 3rd 2017 is when my Bicep was first Detached and Reinjured Again on 3-26-18, And to this Date I have not seen a Doctor had a MRI and have filed Grievances. Im in a lot of pain and all they do is give me meds that do nothing for the pain. Also sending copy of Grievance that confirmes that my Arm was Reinjured on 3-26-18 Now I have a lot of pain in my Neck Shoulder and Arm I did see the Physical Therapist 3 Times and he said I have a lot of Nerve Damage, my left Arm is All most usless to me.

Attached is copy of Grievance confirming incedent of Reinjury of my Bicep.

Robert Wayne Hughes
D.O.C. # 625432
8-31-18

15



**Department of Corrections — WASHINGTON STATE**

**LOG I.D. NUMBER:** 18653760

**OFFENDER COMPLAINT**

**CHECK ONE:** ☒ Initial ☐ Emergency ☐ Appeal ☐ Rewrite

RESIDENTIAL FACILITIES: Send completed form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

NOTE: Complaints must be filed within 20 working days of the incident. Appeals must be filed within 5 working days of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|---|---|---|---|---|---|
| HUGHES | Robert | Wayne | 625432 | WSP | Williams B-103 |

COMMUNITY SUPERVISION: Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

MAILING ADDRESS: STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE

**COMPLAINT:** On 3-26-18 I was at WSR-IMU cell M-119 around 6:00 PM the C/Os come to the cell to let me out for the yard, so I backed up to cuff port put my hands out and my feet started sliding out from under me so I yelled to let go of the cuffs, when I end up on the floor my arms are still in the cuff port and I cant pull my arms in the cell. I thought they had a hold of the cuffs or the rope, they didn't so ask them to push my arms in the cell and they did. They ask if I was hurt I said yes, you know I got a detached bicep. Im stuck sitting on the floor so they opened the cell door and helped stand me up. What Im asking for is that camera footage be kept because tried to see medical and they said its a old injury and not a emergency. And there was no incident report written that I know of. I told medical yes its a old injury that was not healed up and what happened on 3-26-18 hurt it all over again, thats the reason I want to make sure a copy of the incident is kept.

**SUGGESTED REMEDY:** Make sure a copy of camera footage is kept of the incident on 3-26-18 that I described above. Around 6:00 AM

Mandatory Signature: Robert Wayne Hughes   Date: 4-1-18

---

**GRIEVANCE COORDINATOR'S RESPONSE**
Your complaint is being returned because:
☐ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout (sheet) on ____.
☐ Administratively Withdrawn ____.
☐ The formal grievance/appeal paperwork is being prepared.
☒ Not accepted

Facility/Office: WSP   Date Received: 4-2-18

☐ The complaint was resolved informally.
☐ Additional information and/or rewriting needed. (See below.)
   Return within 5 working days or by: ____.
☐ No rewrite received ____.
☒ Sent to MCC WSR (facility) on 4-6 (date).

**EXPLANATION:** Not accepted because you have transferred & this is not regarding property or accounting — as stated in the Grievance Program manual pt. 15. In order to request video or reports you would need to file a Public Disclosure request. I did confirm with unit staff the incident you describe above did occur on 3/26/18. Staff state you were not seen by medical — you did mention injury to nurse during pill line later that day/next day. You should be able to seek medical treatment at current facility for that.

Coordinator's Name (print): B. Blair
Coordinator's Signature: B. Blair    Date: 4/16/18

DOC 05-165 Front (Rev. 07/26/18)   DOC 310.100, DOC 550.100

16